IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| BURK & REEDY, LLP and <br> JAMES EDDY BURK, <br>                  Appellant, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY <br> INSURANCE COMPANY, <br>                  Appellee. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br> Case No.: 15-7044 |

**AMENDED CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES OF APPELLEE AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**

Appellee American Guarantee and Liability Insurance Company, by counsel, Coughlin Duffy LLP and Carr Maloney P.C., submits this amended certificate as to parties, rulings, and related cases, pursuant to the Court's April 28, 2015 Order and D.C. Circuit Rule 28(a)(1).

1. **Parties:** Known parties listed on the docket are as follows: American Guarantee and Liability Company (appellee), Burk & Reedy, LLP (appellant), and James Eddy Burk (appellant). American Guarantee and Liability Insurance Company is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Financial Services Ltd, a Swiss corporation. Zurich Financial Services Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

2. **Rulings:** The ruling under review is the final order entered in case 1:13-cv-890 by Judge Reggie B. Walton on March 23, 2015, denying Appellants' motion for summary judgment and granting Appellee's cross-motion for summary judgment. Burk & Reedy, LLP v. Am. Guar. & Liab. Ins. Co. ___F. Supp 2d__ ,2015 U.S. Dist. LEXIS 35878 (D.D.C. March 23, 2015). Appellants filed the opinion and order as the "Underlying Decision" on May 27, 2015.

3. **Related Cases:** This case was previously in the United States District Court for the District of Columbia, Case No.: 1:13-CV-890 (RBW). There are no related cases.

        AMERICAN GUARANTEE AND LIABILITY
        INSURANCE COMPANY
        By Counsel

By:   */s/ William J. Carter*
       William J. Carter, # 329637
       Kelly M. Lippincott, # 484610
       Carr Maloney P.C.
       2000 L Street, N.W., Suite 450
       Washington, D.C. 20036
       (202) 310-5500 (Telephone)
       (202) 310-5555 (Facsimile)
       wjc@carrmaloney.com
       kml@carrmaloney.com

By:   */s/Adam M. Smith*
       Adam M. Smith, Esq.
       Eduardo DeMarco, Esq.
       350 Mount Kemble Avenue
       P.O. Box 1917
       Morristown, New Jersey 07962-1917
       (973) 267-0058 (Telephone)
       ASmith@coughlinduffy.com
       EDemarco@coughlinduffy.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Amended Certificate as to Parties, Rulings, and Related Cases of Appellee American Guarantee and Liability Insurance Company* was electronically filed on this 28th day of May, 2015 on:

>James E. Burk, Esq.
>1818 N Street, N.W.
>Suite 400
>Washington, D.C.  20036
>
>Thomas W. Farquhar, Esq.
>717 D Street, N.W.
>Suite 300
>Washington, D.C.  20004

>*/s/ William J. Carter*
>William J. Carter

USCA Case #15-7044    Document #1554741    Filed: 05/28/2015    Page 3 of 3