# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Burk & Reedy, LLP and James Eddy Burk

**v.**

American Guarantee and Liability Ins. Co.

**Case No:** 15-7044

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)   ☒ Appellee(s)/Respondent(s)   ☐ Intervenor(s)   ☐ Amicus Curiae

American Guarantee and Liability Ins. Co.

**Names of Parties**     **Names of Parties**

### Counsel Information

**Lead Counsel:** Adam M. Smith

**Direct Phone:** (973) 267-0058  **Fax:** (973) 267-6442  **Email:** asmith@coughlinduffy.com

**2nd Counsel:** Eduardo DeMarco

**Direct Phone:** (973) 267-0058  **Fax:** (973) 267-6442  **Email:** edemarco@coughlinduffy.com

**3rd Counsel:** William J. Carter

**Direct Phone:** (202) 310-5500  **Fax:** (202) 310-5555  **Email:** WJC@carrmaloney.com

**Firm Name:** Coughlin Duffy LLP

**Firm Address:** 350 Mount Kemble Avenue, PO Box 1917, Morristown, New Jersey, 07962

**Firm Phone:** (973) 267-0058  **Fax:** (973) 267-6442  **Email:** edemarco@coughlinduffy.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing *Entry of Appearance of Appellee American Guarantee and Liability Insurance Company* was electronically filed on this 28th day of May, 2015 on:

        James E. Burk, Esq.
        1818 N Street, N.W.
        Suite 400
        Washington, D.C.  20036

        Thomas W. Farquhar, Esq.
        717 D Street, N.W.
        Suite 300
        Washington, D.C.  20004

                */s/ William J. Carter*
                William J. Carter