# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 15-7044 | September Term, 2015 |
| | 1:13-cv-00890-RBW |
| | Filed On: September 15, 2015 [1573158] |

Burk & Reedy, LLP and James Eddy Burk,
Esquire, Attorney,

       Appellants

    v.

American Guarantee and Liability
Insurance Company,

       Appellee

## O R D E R

Upon consideration of appellee's consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | September 23, 2015 |
| Appellants' Reply Brief | October 7, 2015 |

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

BY:   /s/
         Michael C. McGrail
         Deputy Clerk